IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 1871<br>07-md-1871 |
| THIS DOCUMENT APPLIES TO:<br><u>See Attachment A</u> | : : : | |

### ORDER

**AND NOW**, this 16th day of May 2014, upon consideration of Defendant's Motion for Summary Judgment based on Statute of Limitations (Doc. No. 3952), to which no response has been filed, it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum Opinion, the Motion is **GRANTED in part** and **DENIED in part** as follows:

1. The Motion is denied without prejudice with respect to Plaintiffs Ann Emmert (No. 14-517) and Earl Gregory (No. 14-1824);

2. The Motion is granted in all other respects;

3. Judgment is entered in favor of GSK and against plaintiffs in all cases except Nos. 14-517 and 14-1824, and the Clerk of the Court is **DIRECTED** to **CLOSE** all the cases in which judgment has been entered;

4. GSK is granted leave to move for summary judgment with respect to Plaintiffs Emmert and Gregory on any appropriate ground that may exist (including the statute of limitations, as detailed in the accompanying Memorandum Opinion).

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**